UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TATA AIG GENERAL INSURANCE CO.,

                Plaintiff,

-against-

M/V "EMIRATES FREEDOM", her engines, boilers, etc.
and MULTI-LINK CONTAINER LINE, LLC and
EVERGREEN MARINE CORP. (TAIWAN) LTD d/b/a
EVERGREEN LINE,

                Defendants.

----------------------------------------------------------------X

**COMPLAINT**

08 CIV

**'08 CIV 7660**

AUG 29 2008

JUDGE ST

      Plaintiff, by its attorneys, McDERMOTT & RADZIK, LLP., as and for its Complaint herein, alleges, upon information and belief, as follows:

      **FIRST**:    All and singular the following premises are true and constitute an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

      **SECOND**:    At and during all the times hereinafter mentioned, Plaintiff had and now has the legal status and principal office and place of business stated in Schedule A, hereto annexed and by this reference made a part hereof.

      **THIRD**:    At and during all the times hereinafter mentioned, Defendants had and now have the legal status and office and place of business stated in Schedule A and was and now is engaged in business as a common carrier of merchandise by water for hire, and owned, operated, managed, chartered and/or otherwise controlled the vessel above named as a common carrier of merchandise by water for hire.

**FOURTH:** At and during all the times hereinafter mentioned, the said vessel was and now is a general ship employed in the common carriage of merchandise by water for hire and now is or will be during the pendency of this action, within this District and within the jurisdiction of this Honorable Court.

**FIFTH:** On or about the date and at the port of shipment stated in Schedule A, there was shipped by the shipper therein named and delivered to Defendants and the said vessel, as common carriers, the shipment described in Schedule A then being in good condition and Defendants and the said vessel then and there accepted said shipment so shipped and delivered to them and in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry the said shipment to the port of destination stated in Schedule A and there deliver the same in like good order and condition as when shipped, delivered to and received by them, to the consignee named in Schedule A.

**SIXTH:** Thereafter, the said vessel arrived at the port of destination, where it and Defendants made delivery of the shipment, but not in like good order and condition as when shipped, delivered to and received by them, but on the contrary, seriously injured and impaired in value by reason of the matter and things stated in Schedule A, all in violation of Defendants' and the said vessel's obligation and duties as common carriers of merchandise by water for hire.

**SEVENTH:** Plaintiff was the shipper, consignee or owner of the shipment described in Schedule A and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear and Plaintiff is entitled to maintain this action.

**EIGHTH**: By reason of the premises, Plaintiff has sustained damages, as nearly as the same can now be estimated, no part of which has been paid although duly demanded, in the sum of $9,821.00.

**WHEREFORE**, Plaintiff prays:

1. That process in due form of law may issue against Defendants citing it to appear and answer all and singular the matters aforesaid;

2. That if Defendants cannot be found within this District, then all its property within this District as shall be described in Schedule A, be attached in the amount of $9,821.00, with interest thereon and costs, the sum sued for in this Complaint;

3. That judgment may be entered in favor of Plaintiff against Defendants for the amount of Plaintiff's damages, together with interest and costs and the disbursements of this action;

4. That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims, may issue against said vessel, her engines, etc., and that all persons having or claiming any interest therein be cited to appear and answer under oath, all and singular the matters aforesaid, and that this Court will be pleased to pronounce judgment in favor of Plaintiff for its damages as aforesaid, with interest, costs and disbursements and that the said vessel may be condemned and sold to pay therefor; and

5. That this Court will grant to Plaintiff such other and further relief as may be just and proper.

Dated: New York, New York
       August 29, 2008

                                    McDERMOTT & RADZIK, LLP.
                                    Attorneys for Plaintiff

By: _____
     Daniel G. McDermott (DM 3449)
     Carolyn Elizabeth Bundy (CM 1464)
     Wall Street Plaza
     88 Pine Street 21st Floor
     New York, New York 10005
     212-376-6400
     File No.: 7-08-7080 CEB/JJR

## SCHEDULE A

*Plaintiff's legal status and place of business:*

Plaintiff, Tata AIG General Insurance Co., is a corporation or other business entity duly organized and existing under and by virtue of the laws of one of the States of the United States, or a foreign sovereign, with an office and place of business at 175 Water Street, New York, New York 10038

*Defendants' legal status and place of business:*

Defendant, Multi-Link Container Line, LLC, is domestic limited liability company duly organized and existing under and by virtue of the laws of the State of New York, with an office and place of business at 156-15 146th Avenue, 2F, Jamaica, New York 11434

Defendant, Evergreen Marine Corp. (Taiwan) Ltd. d/b/a Evergreen Line, is a foreign corporation or other business entity duly organized and existing by virtue of the laws of one of the States of the United States, or a foreign sovereign, with an office and place of business at One Evertrust Plaza, Jersey City, New Jersey 07302.

| | | |
|---|---|---|
| *Name of Vessel* | : | EMIRATES FREEDOM |
| *Place of Receipt* | : | Ahmedabad |
| *Port of Loading* | : | Nhava Sheva, India |
| *Port of Discharge* | : | Charleston, South Carolina |
| *Place of Delivery* | : | Miami, Florida |
| *Multi-Link Bill of Lading Number* | : | MCL-037612 |
| *Dated* | : | August 2, 2007 |
| *Evergreen Bill of Lading Number* | : | EGLV106710000729 |
| *Dated* | : | August 7, 2007 |
| *Shipment* | : | Clutch bearings |
| *Shipper* | : | Texsin Bearings Limited |
| *Consignee* | : | North American Clutch Export Co. |
| *Nature of Claim* | : | Damage and Loss |
| *Amount* | : | $9,821.00 |
| *Our File* | : | 7-08-7080 CEB/JJR |