UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TATA AIG GENERAL INSURANCE CO.,

                              Plaintiff,

    -against-                                     **RULE 7.1 STATEMENT**

M/V "EMIRATES FREEDOM", her engines, boilers, etc.       08 CIV
and MULTI-LINK CONTAINER LINE, LLC and
EVERGREEN MARINE CORP. (TAIWAN) LTD. d/b/a
EVERGREEN LINE,

                              Defendants.

------------------------------------------------------------------X

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                          SEE ATTACHED

Dated: New York, New York
          August 29, 2008

                                                      _____
                                                      Daniel G. McDermott (DM 3449)
                                                      Carolyn Elizabeth Bundy (CM 1464)

# AMERICAN INTERNATIONAL GROUP, INC. SUBSIDIARIES

Real Estate Subsidiaries:

- AIG Real Estate Investment & Management Co., Inc.
- AIG Real Estate Investment & Management Co. (P.R.), Inc.
- AIG Realty, Inc.
- American International Realty Corp.
- Chiyoda Consultants Kaushiki Kaisha
- Collinsbrook Building, Inc.
- Eastgreen, Inc.
- 50 South Clinton Street Urban Renewal Corporation
- Hunter Lyon, Inc.
- Kaptiran Realty Corporation
- PineStarr Realty, Inc. (formerly Davedeb Realty Corporation)
- Pine Street Brokers Corp.
- 206 Sansome Street Corp.
- 270 Carpenter Drive Building, Inc.

Finance Subsidiaries:

- AIA Captial Corporation Ltd.
- AIGCO, Inc.
- AIG Asset Management Inc.
- AIG Captial Corp.
- AIG Clearing Corporation
- AIG Export Investors, Inc.
- AIG Funding, Inc.
- AIG Financial Products Corp.
- AIG Financial Products (U.K.) Limited
- AIG Financial Products (Japan) Limited
- AIG Financial Securities Corp.
- AIG Financial Securities (U.K.) Limited
- AIG Financial Securities (Australia) Pty Limited
- AIG Fund Management Limited
- AIG Global Investors, Inc.
- AIG Global Investors (Canada), Inc.
- AIG International Limited
- AIG Investment Advisers, Inc.
- AIG Investment Corporation

- AIG Investment Corporation (Asia) Limited
- AIG Investment Corporation (Europe), Inc.
- AIG Investment Corporation (Ireland) Limited
- AIG Investment Corporation (Japan)
- AIG Matched Funding, Inc.
- AIG Mortgage Finance Co., Inc.
- AIG Options, Inc.
- AIG Trading Corporation
- AIG Trading Limited
- AIG-FP Asset Holdings Limited
- AIGIC Investment Managers Limited
- AIGOF Investments I, Inc. (formerly AIG Overseas Finance (Europe, Inc.)
- AIGOF Investments II, Inc.
- AIGOF Investments III, Inc.
- AIGOF Spain Holdings, Inc.
- A.I. Credit Consumer Discount Company
- A.I. Credit Corp.
- A.I. Credit Securities Corp.
- A.I. Trade Finance, Inc.
- American International Fund Distributors, Inc.
- Banque A.I.G.
- International Lease Finance Corporation
- Dempsey & Company International Limited
- Pine Street Holdings, Inc.
- Trading & Transportation Management, Inc.
- Ueberseebank A.G.

Other Subsidiaries:

- Agency Management Corporation
- A.I. Lloyds, Inc.
- A.I. Lloyds Insurance Company
- A.I. Marine Adjusters, Inc.
- A.I. Marine Associates of Illinois, Inc.
- A.I. Network Corporation
- AIG Aviation, Inc.
- AIG Aviation (Canada), Inc.
- AIG Aviation (Illinois) Corporation
- AIG Aviation (Texas), Inc.
- AIG Aviation Adjustment Service, Inc.
- AIG Aviation Brokerage, Inc.

- AIG Consultants, Inc.
- AIG Consultants (UK) Ltd.
- AIG Europe, S.A.
- AIG Equipment Lessors, Inc.
- AIG Hawaii Insurance Company, Inc.
- AIG Life Insurance Company, Inc.
- AIG Lodging Opportunities, Inc.
- AIG Managing General Agency, Inc.
- AIG Marketing, Inc.
- AIG Overseas Trade Corp.
- AIG Reinsurance Advisors, Inc.
- AIG Research & Development Corp.
- AIG Risk Management, Inc.
- AIG Risk Management (Illinois), Inc.
- AIG Russian-American Investor, Inc.
- AIG Syndicate Managers, Inc.
- AIG Designs, Inc.
- AIGM Insurance Service, Inc.
- AIU Canada Limited
- AIU Insurance Company
- ALICO, S.A.
- Agency Management Corporation
- Agency Management Corporation of Arkansas
- American Fidelity Company
- American Global Insurance Company
- American Home Assurance Company
- American International Adjustment Company, Inc.
- American International Adjustment Co. of Illinois, Inc.
- American International Adjustment Company of Nevada, Inc.
- American International Assistance Services, Inc.
- American International Assurance Company (Bermuda) Limited
- American International Assurance Company, Limited
- American International Aviation Corporation
- American International Company, Limited
- American International Corporation
- AIU North America, Inc.
- AIU North America (Colorado), Inc.
- AIU North America (Connecticut), Inc.
- AIU North America (Illinois), Inc.
- AIU North America (Louisiana), Inc.
- AIU North America (Massachusetts), Inc.
- AIU North America (New Jersey), Inc.

- AIU North America (North Carolina), Inc.
- AIU North America (Texas), Inc.
- American International Group Data Center, Inc.
- American International Health & Rehabilitation Services, Inc.
- American International Healthcare, Inc.
- American International Insurance Company
- American International Life Assurance Company of New York
- American International Life Assurance Company of Puerto Rico
- American International Marketing Systems, Inc.
- American International Oil & Gas Corp.
- American International Recovery, Inc.
- American International Reinsurance Company, Limited
- American International Services, Inc.
- American International Surplus Lines Agency, Inc.
- American International Surplus Lines Insurance Company
- American International Underwriters Agency Corporation of Texas, Inc.
- American International Underwriters Agency, Inc. (Illinois)
- American International Underwriters Agency, Inc. (Missouri)
- American International Underwriters Agency of Ohio, Inc.
- American International Underwriters Corporation
- American International Underwriters of Louisiana, Incorporated
- American International underwriters Overseas, Ltd.
- American International Underwriters, (West Coast) Inc.
- American Life Insurance Company
- Birmingham Fire Insurance Company of Pennsylvania
- C.A. Servicios de Propiedades
- Central Risk Specialist, Inc.
- Commerce and Industry Insurance Company
- Commerce and Industry Insurance Company of Canada
- Delaware American Life Insurance Company
- Dwight Tope State Agency, Inc.
- Eastern Risk Specialist, Inc.
- First American Hungarian Insurance Co.
- Fischbach Corporation
- Florida Risk Specialist, Inc.
- Granite State Insurance Company
- The Gulf Agency, Inc.
- Hawaii Insurance Consultants, Ltd.
- Hawaii Risk Specialist, Inc.
- Illinois National Insurance Company
- The Insurance Company of the State of Pennsylvania
- International Computer Services, Inc.

- JBI Management, Inc.
- JBI Management of Illinois, Inc.
- La Interamericana Compania de Seguros Generales (Columbia)
- La Interamericana Compania de Seguros Generales (Chile)
- La Interamericana Compania de Seguros de Vida (Chile)
- La Meridional Compania Argentina de Seguros Sociedad Anonima
- Landmark Insurance Company
- Landmark Insurance Company (U.K.) Ltd.
- Lexington Insurance Company
- Louisiana Risk Specialist, Inc.
- Malaysian American Assurance Company Berhad
- Marketpac International, Inc.
- MetaMicro Computer Consulting, Inc.
- Michigan Risk Specialist, Inc.
- Midwestern Risk Specialist, Inc.
- Morefar Marketing, Inc.
- Mt. Mansfield Company, Inc.
- NAM, Inc.
- NAM, Inc. (Massachusetts)
- NAM Managers, Ltd.
- N.A.M. Managing General Agency, Inc.
- Nan Shan Life Insurance Company, Ltd.
- National Union Fire Insurance Company of Pittsburgh, Pa.
- National Union Fire Insurance Company of Louisiana
- New England Risk Specialist, Inc.
- New Hampshire Indemnity Company, Inc.
- New Hampshire Insurance Company
- New Hampshire Life Insurance Company
- NHIG Holding Corp.
- Norgulf, Inc.
- North American managers, Inc.
- Northeastern Risk Specialist, Inc.
- Northwestern Risk Specialists, Inc.
- Pacific Union Assurance Company
- Pennsylvania Brokerage Agency, Inc.
- Philam Insurance Company, Inc.
- The Philippine American Assurance Company, Inc.
- The Philippine American General Insurance Company, Inc.
- The Philippine American Life Insurance Company
- The Philippine American Management and Financing Company, Inc.
- Pine Street Management Corp.
- Reciprocal Managers, Inc.

- Risk Specialists Companies, Inc.
- Risk Specialists Company of the Carolinas, Inc.
- Risk Specialists Company of Colorado, Inc.
- Risk Specialists Company of Connecticut, Inc.
- Risk Specialists Company of Indiana, Inc.
- Risk Specialists Company of Maryland, Inc.
- Risk Specialists Company of Minnesota, Inc.
- Risk Specialists Company of New Jersey, Inc.
- Risk Specialists Company of New York, Inc.
- Risk Specialists Company of Ohio, Inc.
- Risk Specialists Company of Tennessee, Inc.
- Risk Specialists Company of Wisconsin, Inc.
- Southern Risk Specialist of Oklahoma, Inc.
- Southeastern Risk Specialists, Inc.
- Southern Risk Specialists, Inc.
- Unat Direct, S.A.
- United Guaranty Commercial Insurance Company
- United Guaranty Commercial Insurance Company of North Carolina
- United Guaranty Corporation
- United Guaranty Credit Insurance Company
- United Guaranty Residential Insurance Company
- United Guaranty Residential Insurance Company of North Carolina
- United Guaranty Services, Inc.
- Western Risk Specialists, Inc.

Affiliates:

- A.B. Asesores Bursatiles, S.A.
- American International Underwriters Association
- American International Underwriters Overseas Association
- Goodwood Oil Corporation
- Pine Street Investments, Ltd.
- Pine Street Partners
- Transatlantic Holdings, Inc.